IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT JOSEPH BOLDEBOOK<br>Plaintiff<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC.<br>Defendant | CIVIL ACTION<br><br><br><br>NO. 08-4500 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, SCOTT JOSEPH BOLDEBOOK, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: _/s/ Brent F. Vullings, Esq._
Brent F. Vullings, Esquire
Attorney for Plaintiff
Attorney I.D. #92344
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA  19111
215-745-9800